# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Hortense C. Tippett, <br><br> *Debtor*. | Chapter 13 <br> Case No. 24-11685 |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

- Motion to Approve Talmadge Tippett as Debtor's Next Friend and for Waiver of Credit Counseling and Financial Management Course Requirements

- Notice of Motion to Approve Talmadge Tippett as Debtor's Next Friend and for Waiver of Credit Counseling and Financial Management Course Requirements

Dated: May 24, 2024

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Allwell**
Po Box 10420
Van Nuys, CA 91410

**Bank of America**
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

**Capital One NA**
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130

**Celink**
Attn: Bankruptcy
3900 Capital City Blvd
Lansing, MI 48906

**Citadel FCU**
Attn: Bankruptcy
520 Eagleview Blvd
Exton, PA 19341

**Credit One Bank**
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113

**Delaware County Tax Claim Bureau**
201 W Front St
Media, PA 19063

**Fst Premier**
Attn: Bankruptcy
601 S Minnesota Ave
Sioux Falls, SD 57104

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101

**Kohl's**
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201

**Merrick Bank/Card Works**
Attn: Bankruptcy
PO Box 9201
Old Bethpage, NY 11804

**Midland Funding, LLC**
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193

**One Main Financial**
Attn: Bankruptcy
PO Box 3251
Evansville, IN 47731

**PECO Energy Company**
2301 Market St
Philadelphia, PA 19103

**Pennsylvania Attorney General**
16th Floor, Strawberry Square
Harrisburg, PA 17120

**Pennsylvania Department of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129

**Pennsylvania Office of General Counsel**
333 Market St Fl 17
Harrisburg, PA 17101

**Portfolio Recovery Associates, LLC**
Attn: Bankruptcy 150
Corporate Blvd
Norfolk, VA 23502

**Springleaf Financial S**
Po Box 218
Upper Darby, PA 19082

**U.S. Attorney, Eastern District of Pa.**
615 Chestnut St Ste 1250
Philadelphia, PA 19106

**U.S. Department of Justice**
950 Pennsylvania Ave
NW Washington, DC 20530

**Upper Darby School District**
8201 Lansdowne Avenue
Upper Darby, PA 19082

**Upper Darby Township**
100 Garrett Rd
Upper Darby, PA 19082

**Wells Fargo Bank NA**
Attn: Bankruptcy
1 Home Campus MAC
X2303-01A 3rd Floor
Des Moines, IA 50328