# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Hortense C. Tippett, | Case No. 24-11685-AMC |
| | Chapter 13 |
| *Debtor.* | Related to ECF No. 4 |

## ORDER

And now, after consideration of the Debtor's Motion to Extend the Automatic Stay (ECF No. 4), and a hearing on the motion having been held on June 11, 2024, it is hereby **ORDERED** that:

1. The automatic stay will remain in place with regard to all creditors, *see* 11 U.S.C. §362(c)(3), until **July 16, 2024**.

2. The hearing on the Motion is continued to **July 16, 2024 at 11:00 a.m.**

Date:

Ashely M. Chan
U.S. Bankruptcy Judge