United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 24-11685-amc

Hortense C. Tippett  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Jun 12, 2024     Form ID: pdf900     Total Noticed: 30

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hortense C. Tippett, 346 Congress Avenue, Lansdowne, PA 19050-1004 |
| 14883925 | | Allwell, Po Box 10420, Van Nuys, CA 91410-0420 |
| 14883946 | + | Upper Darby School District, 8201 Lansdowne Avenue, Upper Darby, PA 19082-5496 |
| 14883947 | | Upper Darby Township, 100 Garrett Rd, Upper Darby, PA 19082-3135 |
| 14889653 | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, not individu, c/o Marisa Myers Cohen, Esq, McCabe, Weisberg & Conway, LLC, 1420 Walnut Street, Suite 1501, Philadelphia, PA 19102-4015 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 13 2024 02:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 13 2024 02:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14883926 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 13 2024 02:45:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14883927 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2024 02:53:48 | Capital One NA, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14892079 | + | Email/Text: Bankruptcy@ReverseDepartment.com | Jun 13 2024 02:45:00 | Celink, Attn Bankruptcy Department,, 3900 Capital City Blvd, Lansing, MI 48906-2147 |
| 14883928 | | Email/Text: Bankruptcy@ReverseDepartment.com | Jun 13 2024 02:45:00 | Celink, Attn: Bankruptcy, 3900 Capital City Blvd, Lansing, MI 48906-2147 |
| 14883929 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jun 13 2024 02:46:00 | Citadel FCU, Attn: Bankruptcy 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14883930 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 13 2024 02:53:17 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14883931 | + | Email/Text: duffyk@co.delaware.pa.us | Jun 13 2024 02:46:00 | Delaware County Tax Claim Bureau, 201 W Front St, Media, PA 19063-2768 |
| 14883932 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 13 2024 02:52:30 | Fst Premier, Attn: Bankruptcy 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 14883933 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 13 2024 02:45:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14883934 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 13 2024 02:45:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14890324 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 13 2024 02:53:22 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

Case 24-11685-amc    Doc 24    Filed 06/14/24    Entered 06/15/24 00:34:57    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 12, 2024 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14883935 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 13 2024 02:54:03 | Merrick Bank/Card Works, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14883936 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2024 02:46:00 | Midland Funding, LLC, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14883937 | + | Email/PDF: cbp@omf.com | Jun 13 2024 02:52:40 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 14883938 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 13 2024 02:45:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14883939 | | Email/Text: fesbank@attorneygeneral.gov | Jun 13 2024 02:45:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14883942 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2024 02:54:01 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14883940 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 13 2024 02:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14883941 | ^ | MEBN | Jun 13 2024 02:37:11 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14883943 | | Email/PDF: cbp@omf.com | Jun 13 2024 03:12:56 | Springleaf Financial S, Po Box 218, Upper Darby, PA 19082 |
| 14883944 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 13 2024 02:46:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14883945 | ^ | MEBN | Jun 13 2024 02:37:04 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14883948 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 13 2024 02:54:01 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2024           Signature:      /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jun 12, 2024 | Form ID: pdf900 | Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARISA MYERS COHEN | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, not individually but solely as trustee for FINANCE OF AMERICA STRUCTURED SECURITIES ACQUISITION TRUST 2019-HB1 ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MICHAEL A. CIBIK | on behalf of Debtor Hortense C. Tippett help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

Certificate of Notice    Page 4 of 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| Hortense C. Tippett, | Case No. 24-11685-AMC |
|---|---|
| | Chapter 13 |
| *Debtor.* | Related to ECF No. 4 |

**ORDER**

And now, after consideration of the Debtor's Motion to Extend the Automatic Stay (ECF No. 4), and a hearing on the motion having been held on June 11, 2024, it is hereby **ORDERED** that:

1. The automatic stay will remain in place with regard to all creditors, *see* 11 U.S.C. §362(c)(3), until **July 16, 2024**.

2. The hearing on the Motion is continued to **July 16, 2024 at 11:00 a.m.**

Date: June 12, 2024

_____
Ashely M. Chan
U.S. Bankruptcy Judge