UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| Hortense C. Tippett, | Chapter 13 |
|---|---|
| *Debtor.* | Case No. 24-11685 |

### Order Granting Motion to Extend the Automatic Stay

And now, after consideration of the Motion to Extend the Automatic Stay filed by Debtor Hortense C. Tippett, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and will remain in effect unless modified by the Court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

Date: July 17, 2024

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge