United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Hortense C. Tippett  
    Debtor

Case No. 24-11685-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Jul 17, 2024     Form ID: pdf900     Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hortense C. Tippett, 346 Congress Avenue, Lansdowne, PA 19050-1004 |
| 14883925 | | Allwell, Po Box 10420, Van Nuys, CA 91410-0420 |
| 14883946 | + | Upper Darby School District, 8201 Lansdowne Avenue, Upper Darby, PA 19082-5496 |
| 14904910 | + | Upper Darby Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14883947 | | Upper Darby Township, 100 Garrett Rd, Upper Darby, PA 19082-3135 |
| 14904909 | + | Upper Darby Township, c/o James R. Wood, Esquire, 2700 Horizon Drive Suite 100, King of Prussia, PA 19406-2726 |
| 14889653 | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, not individu, c/o Marisa Myers Cohen, Esq, McCabe, Weisberg & Conway, LLC, 1420 Walnut Street, Suite 1501, Philadelphia, PA 19102-4015 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 18 2024 00:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 18 2024 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14883926 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 18 2024 00:22:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14883927 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2024 00:36:30 | Capital One NA, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14892079 | + | Email/Text: Bankruptcy@ReverseDepartment.com | Jul 18 2024 00:22:00 | Celink, Attn Bankruptcy Department,, 3900 Capital City Blvd, Lansing, MI 48906-2147 |
| 14883928 | | Email/Text: Bankruptcy@ReverseDepartment.com | Jul 18 2024 00:22:00 | Celink, Attn: Bankruptcy, 3900 Capital City Blvd, Lansing, MI 48906-2147 |
| 14883929 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jul 18 2024 00:23:00 | Citadel FCU, Attn: Bankruptcy 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14883930 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 18 2024 00:35:22 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14883931 | + | Email/Text: duffyk@co.delaware.pa.us | Jul 18 2024 00:23:00 | Delaware County Tax Claim Bureau, 201 W Front St, Media, PA 19063-2768 |
| 14883932 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 18 2024 00:34:07 | Fst Premier, Attn: Bankruptcy 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 14883933 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 18 2024 00:23:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14883934 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 18 2024 00:22:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14890324 | | Email/PDF: MerrickBKNotifications@Resurgent.com Jul 18 2024 00:36:19 | | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14883935 | | Email/PDF: MerrickBKNotifications@Resurgent.com Jul 18 2024 00:33:16 | | Merrick Bank/Card Works, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14883936 | + | Email/Text: bankruptcydpt@mcmcg.com Jul 18 2024 00:23:00 | | Midland Funding, LLC, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14883937 | + | Email/PDF: cbp@omf.com Jul 18 2024 00:35:21 | | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 14883938 | + | Email/Text: bankruptcygroup@peco-energy.com Jul 18 2024 00:23:00 | | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14883939 | | Email/Text: fesbank@attorneygeneral.gov Jul 18 2024 00:23:00 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14883942 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2024 00:34:43 | | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14883940 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2024 00:23:00 | | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14883941 | ^ | MEBN Jul 18 2024 00:08:26 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14883943 | | Email/PDF: cbp@omf.com Jul 18 2024 00:36:18 | | Springleaf Financial S, Po Box 218, Upper Darby, PA 19082 |
| 14883944 | | Email/Text: usapae.bankruptcynotices@usdoj.gov Jul 18 2024 00:23:00 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14883945 | ^ | MEBN Jul 18 2024 00:08:14 | | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14883948 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Jul 18 2024 01:56:45 | | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| cr | *+ | Upper Darby Township, c/o Portnoff Law Associates, Ltd., P. O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 19, 2024     Signature:     /s/Gustava Winters

District/off: 0313-2　　　　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　　　　　Page 3 of 3
Date Rcvd: Jul 17, 2024　　　　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　　　　　　Total Noticed: 32

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ANDREW M. LUBIN | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, not individually but solely as trustee for FINANCE OF AMERICA STRUCTURED SECURITIES ACQUISITION TRUST 2019-HB1 nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Upper Darby Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARISA MYERS COHEN | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, not individually but solely as trustee for FINANCE OF AMERICA STRUCTURED SECURITIES ACQUISITION TRUST 2019-HB1 ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MICHAEL A. CIBIK | on behalf of Debtor Hortense C. Tippett help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| Hortense C. Tippett, | Chapter 13 |
|---|---|
| Debtor. | Case No. 24-11685 |

### Order Granting Motion to Extend the Automatic Stay

And now, after consideration of the Motion to Extend the Automatic Stay filed by Debtor Hortense C. Tippett, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and will remain in effect unless modified by the Court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

Date: July 17, 2024

Ashely M. Chan
Chief U.S. Bankruptcy Judge