**Prescription 1:**

DEA # _____

PRIMARY HEALTH, LLC
LOC VAN TRAN, M.D.
PA Lic # MD053136L   NPI # 1801864517
5600 Chestnut Street, Suite 100
Philadelphia, PA 19139
215-747-4511   Fax: 215-476-2180

NAME: Tippett Hortense   DOB: 4.4.48
ADDRESS: _____   DATE: 11/2/22

Rx (PLEASE PRINT)

Dr. Bao Chan Tran, Psy.D.
(Penn Neurology - Psychiatry)
Call 800 789 7366

Triple [illegible] Dementia

REFILL ____ TIMES   PRN   NR
Signature / M.D.

SUBSTITUTION PERMISSIBLE
IN ORDER FOR A BRAND NAME PRODUCT TO BE DISPENSED, THE PRESCRIBER MUST HANDWRITE 'BRAND NECESSARY' OR 'BRAND MEDICALLY NECESSARY' IN THE SPACE BELOW.

10-25-22                    TRI221025_96426_3_176982

**Prescription 2:**

DEA # _____

PRIMARY HEALTH, LLC
LOC VAN TRAN, M.D.
PA Lic # MD053136L   NPI # 1801864517
5600 Chestnut Street, Suite 100
Philadelphia, PA 19139
215-747-4511   Fax: 215-476-2180

NAME: Tippett Hortense   DOB: 4.4
ADDRESS: _____   DATE: 11/22

Rx (PLEASE PRINT)

Lipitor 20 mg     90
1 pro day

Triplei

REFILL 0 TIMES   PRN   NR
Signature

SUBSTITUTION PERMISSIBLE
IN ORDER FOR A BRAND NAME PRODUCT TO BE DISPENSED, THE PRESCRIBER MUST HANDWRITE 'BRAND NECESSARY' OR 'BRAND MEDICALLY NECESSARY' IN THE SPACE BELOW.

10-25-22                    TRI221025_96426_3_17...

**Appointment:**

☐ Mon ☐ Tues ☒ Wed ☐ Thur ☐ Fri ☐ Sat ☐ Sun

For: Dr. Tran
Date: 1.11.23   Time: 2:15 pm

If you are unable to keep your appointment, please contact us at least 24 hours prior to the appointment.