## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Hortense C. Tippett,<br><br>*Debtor*. | Case No. 24-11685-AMC<br>Chapter 13 |

### Order Granting Motion to Restrict Access to Documents

And now, after consideration of the Motion to Restrict Access to Documents filed by Debtor Hortense C. Tippett, with proper notice and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Clerk is directed to restrict access to the documents filed at ECF No. 36 and 38 to only those parties who have entered appearances in this case through the CM/ECF system

3. The Clerk is directed to grant public access to the Motion filed at ECF No. 41.

Date:

Ashely M. Chan
Chief U.S. Bankruptcy Judge