UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | |
|---|---|
| Hortense C. Tippett, | CHAPTER 13 |
| Debtor. | CASE NO. 24-11685-AMC |

**Praecipe to Withdraw Document**

To the Clerk of Court:

Please withdraw the Debtor's Statement of Financial Affairs (amended), which was filed with the Court on December 12, 2024, as ECF No. 58. Thank you.

Date: December 12, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com