**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>Hortense C. Tippett,<br><br><br>**Debtor.** | **CHAPTER 13**<br><br><br><br><br>**CASE NO. 24-11685-AMC** |

## Certificate of Service

I certify that on this date, I did cause a copy of the document described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

- First Amended Chapter 13 Plan

I further certify that on this date, I did cause a copy of the document described above to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the following parties:

Celink
Attn: Bankruptcy Department
3900 Capital City Blvd
Lansing, MI 48906

Upper Darby Township
c/o Portnoff Law Associates, Ltd.
P.O. Box 3020
Norristown, PA 19404

Date: December 12, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com