## UNITED STATES BANKRUPTCY COURT

IN RE:

Hortense C. Tippett,

**CHAPTER 13**

Debtor(s) | CASE NO. 24-11685-AMC

### CERTIFICATION OF NO PAYMENT ADVICES
### PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

I, __Talmadge Tippett__, Next of Friend of Hortense Tippett ("the Debtor"), hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, the Debtor did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that the Debtor received no payment advices during that period because:

☐ The Debtor was unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☑ The Debtor received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ The Debtor's sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

☐ The Debtor was unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ The Debtor did not receive payment advices due to factors other than those listed above. (Please explain)

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Dated:

_____
Next of Friend of Debtor's Signature