United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-11685-amc |
| Hortense C. Tippett | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 13, 2025 | Form ID: 155 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hortense C. Tippett, 346 Congress Avenue, Lansdowne, PA 19050-1004 |
| 14883925 | | Allwell, Po Box 10420, Van Nuys, CA 91410-0420 |
| 14883946 | + | Upper Darby School District, 8201 Lansdowne Avenue, Upper Darby, PA 19082-5496 |
| 14883947 | | Upper Darby Township, 100 Garrett Rd, Upper Darby, PA 19082-3135 |
| 14904909 | + | Upper Darby Township, c/o James R. Wood, Esquire, 2700 Horizon Drive Suite 100, King of Prussia, PA 19406-2726 |
| 14904910 | + | Upper Darby Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14889653 | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, not individu, c/o Marisa Myers Cohen, Esq, McCabe, Weisberg & Conway, LLC, 1420 Walnut Street, Suite 1501, Philadelphia, PA 19102-4015 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14883926 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 14 2025 00:09:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14907773 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 14 2025 00:09:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14883927 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 14 2025 00:09:21 | Capital One NA, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14892079 | + | Email/Text: Bankruptcy@ReverseDepartment.com | Feb 14 2025 00:10:00 | Celink, Attn Bankruptcy Department,, 3900 Capital City Blvd, Lansing, MI 48906-2147 |
| 14883928 | | Email/Text: Bankruptcy@ReverseDepartment.com | Feb 14 2025 00:10:00 | Celink, Attn: Bankruptcy, 3900 Capital City Blvd, Lansing, MI 48906-2147 |
| 14915296 | + | Email/Text: bankruptcycollections@citadelbanking.com | Feb 14 2025 00:11:00 | Citadel Credit Union, Attn: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14883929 | + | Email/Text: bankruptcycollections@citadelbanking.com | Feb 14 2025 00:11:00 | Citadel FCU, Attn: Bankruptcy 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14883930 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 14 2025 00:09:00 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14883931 | + | Email/Text: duffyk@co.delaware.pa.us | Feb 14 2025 00:11:00 | Delaware County Tax Claim Bureau, 201 W Front St, Media, PA 19063-2768 |
| 14883932 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 14 2025 00:20:09 | Fst Premier, Attn: Bankruptcy 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 14883933 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 14 2025 00:10:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14883934 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 14 2025 00:09:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14890324 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 14 2025 00:08:36 | MERRICK BANK, Resurgent Capital Services, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 13, 2025 | Form ID: 155 | Total Noticed: 32 |

| ID | | Method/Address | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | PO Box 10368, Greenville, SC 29603-0368 |
| 14883935 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 14 2025 00:08:58 | Merrick Bank/Card Works, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14883936 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 14 2025 00:10:00 | Midland Funding, LLC, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14883937 | + | Email/PDF: cbp@omf.com | Feb 14 2025 00:20:07 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 14883938 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 14 2025 00:10:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14883939 | | Email/Text: fesbank@attorneygeneral.gov | Feb 14 2025 00:10:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14883942 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 14 2025 00:19:42 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14883940 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 14 2025 00:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14883941 | ^ | MEBN | Feb 14 2025 00:00:17 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14883943 | | Email/PDF: cbp@omf.com | Feb 14 2025 00:20:20 | Springleaf Financial S, Po Box 218, Upper Darby, PA 19082 |
| 14883944 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 14 2025 00:11:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14883945 | ^ | MEBN | Feb 13 2025 23:59:43 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14883948 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 14 2025 00:09:00 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 15, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2025 at the address(es) listed below:

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 13, 2025 | Form ID: 155 | Total Noticed: 32 |

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, not individually but solely as trustee for FINANCE OF AMERICA STRUCTURED SECURITIES ACQUISITION TRUST 2019-HB1 nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Upper Darby Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARISA MYERS COHEN | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, not individually but solely as trustee for FINANCE OF AMERICA STRUCTURED SECURITIES ACQUISITION TRUST 2019-HB1 ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MICHAEL A. CIBIK | on behalf of Debtor Hortense C. Tippett help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>　　Hortense C. Tippett<br><br>　　Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−11685−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

　　**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

　　**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

　　**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

　　**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: February 11, 2025　　　　　　　　　　　　　　　　　　For The Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Judge, United States Bankruptcy Court