**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:     Hortense C. Tippett<br>              Debtor, | Chapter 13<br>Bankruptcy No. 24-11685-amc |
| Wilmington Savings Fund Society, FSB, not individually but solely as trustee for Finance of America Structured Securities Acquisition Trust 2019-HB1, or its Successor or Assignee<br>                    Movant<br>          vs.<br><br>Kenneth E. West, Trustee<br>Hortense C. Tippett<br>              Respondent(s) | |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

Wilmington Savings Fund Society, FSB, not individually but solely as trustee for Finance of America Structured Securities Acquisition Trust 2019-HB, or its Successor or Assignee, has filed a Motion for Relief from the Automatic Stay with the court for requesting Relief from the automatic stay as to property at 346 Congress Avenue, Lansdowne, Pennsylvania 19050.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before May 5, 2024, you or your attorney must do all of the following:

        (a)    file an answer explaining your position at

            United States Bankruptcy Court
            For the Eastern District of Pennsylvania
            Robert N.C. Nix Sr. Federal Courthouse
            900 Market Street, Suite 204
            Philadelphia, PA 19107

    If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b)    mail a copy to the Movant's attorney:

            Marisa Myers Cohen, Esquire

        McCabe, Weisberg & Conway, LLC
        1420 Walnut Street, Suite 1501
        Philadelphia, PA 19102
        Phone: 215-790-1010
        Fax: 215-790-1274

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on May 20, 2025 at 11:00a.m. in Courtroom #4, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 204, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2830 to find out whether the hearing has been canceled because no one filed an answer.

Date:  April 21, 2025