**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:    Hortense C. Tippett<br>              Debtor<br><br>Wilmington Savings Fund Society, FSB, not individually but solely as trustee for Finance of America Structured Securities Acquisition Trust 2019-HB1, or its Successor or Assignee<br>              Movant<br>                    vs.<br><br>Kenneth E. West, Trustee<br>Hortense C. Tippett<br>              Respondent(s) | Chapter 13<br>Bankruptcy No. 24-11685-amc |

**CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

      I, Marisa Myers Cohen, attorney for Wilmington Savings Fund Society, FSB, not individually but solely as trustee for Finance of America Structured Securities Acquisition Trust 2019-HB1, hereby certify that I served a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: April 21, 2025

| | | |
|---|---|---|
| Hortense C. Tippett<br>346 Congress Avenue<br>Lansdowne, Pennsylvania 19050<br><br>U.S. Trustee<br>United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 | Michael A. Cibik<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, Pennsylvania 19102<br>Attorney for Debtor | Kenneth E. West<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street, Suite 1813<br>Philadelphia, Pennsylvania 19107<br>Trustee |

                            /s/ Marisa Myers Cohen
                            MARISA MYERS COHEN, ESQUIRE ID #87830
                            ANDREW M. LUBIN, ESQUIRE ID # 54297
                            Attorney for Wilmington Savings Fund Society, FSB, not individually but solely as trustee for Finance of America Structured Securities Acquisition Trust 2019-HB1
                            1420 Walnut Street, Suite 1501
                            Philadelphia, PA 19102
                            Telephone: (215) 790-1010
                            Facsimile: (215) 790-1274
                            Email: ecfmail@mwc-law.com