**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:    Hortense C. Tippett<br>            Debtor<br><br>Wilmington Savings Fund Society, FSB, not individually but solely as Trustee for Finance of America Structured Securities Acquisition Trust 2019-HB1, or its Successor or Assignee<br>                            Movant<br>            vs.<br><br>Kenneth E. West, Trustee<br>Hortense C. Tippett<br>                            Respondents | Chapter 13<br>Bankruptcy No. 24-11685-amc |

**ORDER GRANTING SETTLEMENT STIPULATION**

It is hereby ORDERED that the Stipulation to Settle Motion of Wilmington Savings Fund Society, FSB, not individually but solely as Trustee for Finance of America Structured Securities Acquisition Trust 2019-HB1 for Relief from the Automatic Stay is hereby APPROVED.