L.B.F. 9014-4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Hortense C. Tippett | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 24-11685 |

\* \* \* \* \* \* \*

**CERTIFICATION OF SERVICE**

    I, Michael A. Cibik, certify that on May 23, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion to Modify Plan After Confirmation and Proposed Order
- Notice of Motion to Modify Plan After Confirmation
- Modified Chapter 13 Plan

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: May 23, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

United States Trustee

Via:   ✓ CM/ECF       1st Class Mail       Certified Mail       e-mail:
       Other:

Kenneth E. West
190 N. Independence Mall West, Suite 701, Philadelphia, PA 19106
Chapter 13 Trustee

Via:   ✓ CM/ECF       1st Class Mail       Certified Mail       e-mail:
       Other:

Wilmington Savings Fund Society
c/o Celink, Attn: Bankruptcy Department, 3900 Capital City Blvd, Lansing, MI 48906
Creditor

Via:   ✓ CM/ECF       1st Class Mail       Certified Mail       e-mail:
       Other:

Upper Darby Township
c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404
Creditor

Via:   ✓ CM/ECF       1st Class Mail       Certified Mail       e-mail:
       Other: