# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Hortense C. Tippett | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 24-11685 |

\* \* \* \* \* \* \*

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 78, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 77) is **approved**.

**Date:**  July 1, 2025

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge