**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:   Hortense C. Tippett<br>            Debtor<br><br>Wilmington Savings Fund Society, FSB, not individually but solely as Trustee For Finance Of America Structured Securities Acquisition Trust 2019-HB1, or its Successor or Assignee<br>            Movant<br>              vs.<br><br>Kenneth E. West, Trustee<br>Hortense C. Tippett<br>            Respondent(s) | Chapter 13<br>Bankruptcy No. 24-11685-amc |

## CERTIFICATION OF DEFAULT

I, Andrew M. Lubin, attorney for Wilmington Savings Fund Society, FSB, not individually but solely as Trustee For Finance Of America Structured Securities Acquisition Trust 2019-HB1, or its Successor or Assignee, in accordance with Settlement Stipulation approved by the Court May 16, 2025 and attached hereto as Exhibit "A", hereby certify the following:

1.	That Debtor, Hortense C. Tippett has failed to maintain payments as described in said Settlement Stipulation.

2.	That a Notice of Default was served upon Debtor and Debtor's counsel by United States Mail, first class, postage prepaid, on October 9, 2025; a true and correct copy of such Notice is attached hereto, made a part hereof, and marked as Exhibit "B"

3.	That ten (10) days have elapsed, and Debtor has failed to cure the delinquency.

4.	That upon filing this Certification, in accordance with the Settlement Stipulation, an Order shall be entered granting Wilmington Savings Fund Society, FSB, not individually but solely as Trustee For Finance Of America Structured Securities Acquisition Trust 2019-HB1, or its Successor or Assignee relief from the automatic stay to foreclose its mortgage and, without limitation, to exercise any other rights it has under the mortgage or with respect to Debtor(s)' property located at 346 Congress Avenue, Lansdowne, Pennsylvania 19050.

/s/ Andrew M. Lubin
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Wilmington Savings Fund Society, FSB, not individually but solely as Trustee For Finance Of America Structured Securities Acquisition Trust 2019-HB1
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mccabeesq.com