# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| Hortense C. Tippett, | Chapter 13 |
|---|---|
| *Debtor*. | Case No. 24-11685-AMC |

## Debtor's Objection to Certification of Default

Debtor Hortense C. Tippett, through her attorney, hereby objects to the Certification of Default filed by Celink at ECF No. 85 and asks to be heard by the Court before the entry of a final order.

Date: November 5, 2025

CIBIK LAW, P.C.
*Attorney for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

## Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Objection to Motion for Relief from Stay filed by Celink to be served on all parties on the clerk's service list through the CM/ECF system. I did not serve anyone by mail.

Date: November 5, 2025

/s/ Michael A. Cibik
**Michael A. Cibik**