# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:   Hortense C. Tippett<br>            Debtor<br><br>Wilmington Savings Fund Society, FSB, not individually but solely as Trustee for Finance of America Structured Securities Acquisition Trust 2019-HB1, or its Successor or Assignee<br>            Movant<br>                    vs.<br>Kenneth E. West, Trustee<br>Hortense C. Tippett<br>            Respondents | Chapter 13<br><br>Bankruptcy No. 24-11685-amc<br><br><br>Ref. No. 85 |

## CERTIFICATION OF SERVICE

I, Andrew M. Lubin, attorney for the Movant, Wilmington Savings Fund Society, FSB, not individually but solely as Trustee for Finance of America Structured Securities Acquisition Trust 2019-HB1, hereby certify that I served a true and correct copy of the Praecipe to Withdraw Wilmington Savings Fund Society, FSB, not individually but solely as Trustee for Finance of America Structured Securities Acquisition Trust 2019-HB1's Certification of Default, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date of Service: December 1, 2025

Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Via United States Mail

Hortense C. Tippett
346 Congress Avenue
Lansdowne, PA 19050
Via United States Mail

Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
Via United States Mail

/s/ Andrew M. Lubin, Esquire
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Wilmington Savings Fund Society, FSB, not

individually but solely as Trustee for Finance of America
Structured Securities Acquisition Trust 2019-HB1
1420 Walnut Street, Suite 1105
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mccabeesq.com