# Exhibit B

LAW OFFICES
## McCABE, WEISBERG & CONWAY, LLC
SUITE 1105
1420 WALNUT STREET
PHILADELPHIA, PA 19102
(215) 790-1010
**FAX** (215) 790-1274

January 13, 2026

| | |
|---|---|
| Kenneth E. West<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, Pennsylvania 19106<br>Via United States Mail | Hortense C. Tippett<br>346 Congress Avenue<br>Lansdowne, Pennsylvania 19050<br>Via United States Mail |
| Michael A. Cibik<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, Pennsylvania 19102<br>Email: ecf@ccpclaw.com | U.S. Trustee<br>United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Via United States Mail |

Re: Wilmington Savings Fund Society, FSB, not individually but solely as Trustee for Finance of America Structured Securities Acquisition Trust 2019-HB1or its Successor or Assignee vs. Hortense C. Tippett
Chapter 13/Bankruptcy No. 24-11685-amc

Dear Parties:

We have been advised by our client that payment in accordance with the terms of the Stipulation approved by the Bankruptcy Court have not been made.

In order to cure the default, it will be necessary for your client to pay $1,367.46 (Hazard Insurance in the amount of $1,242.46 plus Notice of Default fee of $125.00) to become current under the Stipulation through, as well as all subsequent payments and late charges that fall due until the date of cure.

You are hereby notified that you have ten (10) days from the date of this letter in which to cure the default set forth above and to pay any subsequent payments that become due in the interim. At the expiration of the 10-day period, if the default has not been cured, I will file a Certification of Default with the Court in order to obtain an Order for relief from the Automatic Stay.

**McCabe, Weisberg & Conway is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**

Very truly yours,
MARISA M. COHEN, ESQUIRE
ANDREW M. LUBIN, ESQUIRE
McCABE, WEISBERG & CONWAY, LLC
/lt