**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:    Hortense C. Tippett<br>                Debtor(s)<br><br>Wilmington Savings Fund Society, FSB, not individually but solely as Trustee for Finance of America Structured Securities Acquisition Trust 2019-HB1, or its Successor or Assignee<br>                Movant<br>            vs.<br><br>Kenneth E. West, Trustee<br>Hortense C. Tippett<br>                Respondent(s) | Chapter 13<br>Bankruptcy No. 24-11685-amc |

## ORDER

AND NOW, this _____ day of _____, 2026, it is hereby ORDERED that the automatic stay of Bankruptcy Code § 362(a) and 1301 be, and the same hereby is, MODIFIED to permit Wilmington Savings Fund Society, FSB, not individually but solely as Trustee for Finance of America Structured Securities Acquisition Trust 2019-HB1, or its Successor or Assignee to exercise applicable state court remedies with respect to the property located at: 346 Congress Avenue, Lansdowne, Pennsylvania 19050.

_____
Ashely M. Chan
United States Bankruptcy Judge