**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  Hortense C. Tippett<br>  Debtor(s)<br><br>Wilmington Savings Fund Society, FSB, not individually but solely as Trustee for Finance of America Structured Securities Acquisition Trust 2019-HB1, or its Successor or Assignee<br>  Movant<br>  vs.<br><br>Kenneth E. West, Trustee<br>Hortense C. Tippett<br>  Respondent(s) | Chapter 13<br>Bankruptcy No. 24-11685-amc |

**CERTIFICATE OF SERVICE**

I, Andrew M. Lubin, hereby certify that service upon all interested parties, indicated below, was made by sending true and correct copies of the Certificate of Default and Proposed Order by first class mail, and/or electronic means.

Date Served: February 17, 2026

Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, Pennsylvania 19106
Trustee

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, Pennsylvania 19102
Attorney for Debtor

Hortense C. Tippett
346 Congress Avenue
Lansdowne, Pennsylvania 19050
Debtor

U.S. Trustee
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

/s/ Andrew M. Lubin
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Wilmington Savings Fund Society, FSB, not individually but solely as Trustee for Finance of America Structured Securities Acquisition Trust 2019-HB1
1420 Walnut Street, Suite 1105
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mccabeesq.com