## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:   Hortense C. Tippett<br>          Debtor<br><br>Wilmington Savings Fund Society, FSB, not individually but solely as Trustee for Finance of America Structured Securities Acquisition Trust 2019-HB1, or its Successor or Assignee<br>          Movant<br>     vs.<br>Kenneth E. West, Trustee<br>Hortense C. Tippett<br>          Respondents | Chapter 13<br>Bankruptcy No. 24-11685-amc<br><br><br><br><br><br>Ref. No. 91 |

### CERTIFICATION OF SERVICE

I, Andrew M. Lubin, attorney for the Movant, Wilmington Savings Fund Society, FSB, not individually but solely as Trustee for Finance of America Structured Securities Acquisition Trust 2019-HB1, hereby certify that I served a true and correct copy of the Praecipe to Withdraw Wilmington Savings Fund Society, FSB, not individually but solely as Trustee for Finance of America Structured Securities Acquisition Trust 2019-HB1's Certification of Default, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date of Service: February 17, 2026

Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

Hortense C. Tippett
346 Congress Avenue
Lansdowne, PA 19050

Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

        /s/ Andrew M. Lubin, Esquire
        MARISA MYERS COHEN, ESQUIRE ID #87830
        ANDREW M. LUBIN, ESQUIRE ID # 54297
        Attorney for Wilmington Savings Fund Society, FSB, not individually but solely as Trustee for Finance of America Structured Securities Acquisition Trust 2019-HB1
        1420 Walnut Street, Suite 1105
        Philadelphia, PA 19102

Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mccabeesq.com