**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Hortense C. Tippett<br>Debtor(s)<br><br>Wilmington Savings Fund Society, FSB, not individually but solely as trustee for Finance of America, or its Successor or Assignee<br>Movant<br>vs.<br><br>Kenneth E. West, Trustee<br>Hortense C. Tippett<br>Respondent(s) | Chapter 13<br>Bankruptcy No. 24-11685-amc |

**MOTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR FINANCE OF AMERICA, OR ITS SUCCESSOR OR ASSIGNEE FOR RELIEF FROM AUTOMATIC STAY UNDER § 362(a)**

Movant: Wilmington Savings Fund Society, FSB, not individually but solely as trustee for Finance of America, or its Successor or Assignee

Mortgage dated March 25, 2013 and recorded May 20, 2013 in the Office of the Recorder of Delaware County as Instrument Number: 2013033376 in Mortgage Book 05329 Page 0316.

Assignment of Mortgage dated April 1, 2013 and recorded August 21, 2013 in the Office of the Recorder of Delaware County as Instrument Number: 2013058401 in Mortgage Book 05388-0674.

Assignment of Mortgage dated February 21, 2023 and recorded February 22, 2023 in the Office of the Recorder of Delaware County as Instrument Number: 2023005900 in Mortgage Book 6889 Page 3162.

1. Wilmington Savings Fund Society, FSB, not individually but solely as trustee for Finance of America, or its Successor or Assignee (hereinafter "Movant") holds a claim secured by a duly recorded Mortgage on property of Hortense C. Tippett, or of the bankruptcy estate located at: 346 Congress Avenue, Lansdowne, Pennsylvania 19050.

2. Hortense C. Tippett (hereinafter "Debtor") filed a Petition under Chapter 13 on May 16, 2024.

3. Upon information and belief, the borrower is deceased as of July 25, 2026. A copy of a published Death Notice is attached hereto as Exhibit A.

4. The following is an itemized statement of the amounts due under the mortgage loan:

| | |
|---|---|
| Original Principal Amount | $307,500.00 |
| Principal Balance | $130,585.00 |
| Prior Interest and MIP | $203,670.46 |
| Total Fees | $24,873.08 |
| Property Charges | $86,803.68 |
| Suspense Balance | ($48,136.55) |

| | |
|---|---|
| Accrued Interest | $330.87 |
| Accrued Mortgage Insurance | $81.73 |
| | |
| Total Payoff through August 7, 2026 | $398,208.27 |

5. There are no monthly payments required as this is a Reverse Mortgage.

6. Pursuant to the underlying terms of the agreement, Debtor is responsible for the payment of all taxes associated with the ownership of the property and for the maintenance and payment of hazard insurance.

7. The fair market value of the subject property is $260,724.00, per the filed Schedule D.

8. Pursuant to Paragraph 6 of the underlying Note, attached hereto as Exhibit B, the Movant may require immediate payment-in-full of all principal and accrued interest if a Borrower dies and the subject Property is not the principal residence of at least one surviving Borrower.

9. The Debtor was the only signer of the Note and Mortgage, attached hereto as Exhibit C, and thus the only Borrower, and the Movant seeks the immediate payment-in-full of all principal and interest.

10. Since August 7, 2026, Movant has incurred attorneys' fees in connection with this Motion.

11. Movant does not have, and has not been offered, adequate protection for its interest in said premises and may be required to pay expenses for said premises in order to preserve its lien, which is the obligation of the Debtor under said Mortgage, and may be required to pay expenses prevent deterioration of the Property due to a vacancy.

12. Movant specifically requests permission from the Honorable Court to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law.

13. Upon execution and entry of the Order granting the relief requested, the requirements specified in both (1) Fed. R. Bankr. P. 3002.1 (b) regarding Notice of Mortgage Payment Changes and (2) Fed. R. Bankr. P. 3002.1 (c) regarding Notice of Post-petition Mortgage Fees, Expenses and Charges are hereby waived, or made inapplicable, during the pendency of the within bankruptcy case.

WHEREFORE, Movant prays for an order modifying the automatic stay of Bankruptcy Code §362(a) to permit Movant to foreclose its Mortgage and to exercise any other rights it has under the Mortgage or with respect to the mortgaged property such actions may include but are not limited to selling the property at Sheriff Sale, entering into a loan modification or signing a deed in lieu of foreclosure; and

Further, granting Movant permission from this Honorable Court to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with the applicable non-

bankruptcy law.

/s/ Andrew M. Lubin

MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Wilmington Savings Fund Society, FSB, not individually but solely as trustee for Finance of America
1420 Walnut Street, Suite 1105
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mccabeesq.com