# Exhibit A

**Clarence Johnson, Jr. Funeral Home Inc.**

---

## Hotense Carrie Tippett



( April 4, 1948 - July 25, 2026 )

It is with deep sorry that we announce the passing of Hortense Carrie Tippett.