# Exhibit D

RD BK05388-0674 AS-ASSIGNMENTS
2013058401 08/21/2013 12:41:30 PM:1
RCD FEE: $66.50
[redacted] DELAWARE COUNTY
THOMAS J. JUDGE SR. ROD

[redacted]

Return To:
Madison Settlement Services
580 Carlisle Street, Suite B
Hanover, PA 17331 [redacted]

Prepared By:
SuzyKern - Reverse Mtg. USA, Inc,
6500 River Place Blvd.
Austin, TX 78730

Upper Darby Township

Note Amount: **$307,500.00**

LN# [redacted]

# Assignment of Mortgage/Deed of Trust

[redacted]

FOR VALUE RECEIVED, the undersigned holder of a Mortgage/Deed of Trust (herein "Assignor") whose address is **6500 River Place Blvd, Building 1, Ste 425, Austin, TX 78730**, does hereby grant, sell, assign, transfer and convey, unto **Urban Financial Group Inc.** and existing under the laws of (herein "Assignee"), whose address is **8909 South Yale Ave, Tulsa, OK 74137**, a certain Mortgage/Deed of Trust dated **March 25, 2013** made and executed by **Hortense C Tippett, A Single Person**, to and in favor of **Reverse Mortgage USA, Inc.**, upon the following described property situated in **DELAWARE** County, State of **PENNSYLVANIA**:

**SEE EXHIBIT "A" ATTACHED HERETO**

Commonly Known As: **346 Congress Avenue, Lansdowne, Pennsylvania 19050**

such Mortgage/Deed of Trust having been given to secure payment of **$307,500.00**, (Maximum Principal Amount)

which Mortgage is of record in Book, Volume, or Liber No. 5329, at page 316 (or as No. 2013033376) of the Land Records of Delaware County, State of PA, together with the note(s) and obligations therein described and the money due and to become due thereon with interest, and all rights accrued or to accrue under such Mortgage/Deed of Trust.

TO HAVE AND TO HOLD the same unto Assignee, its successor and assigns, forever, subject only to the terms and conditions of the above-described Mortgage/Deed of Trust.

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage/Deed of Trust on 4-1-, 2013

**Reverse Mortgage USA, Inc.**
(Assignor)

By: [signature]
**Dawn Bachman**

**Mortgage Banking Manager**

STATE OF [redacted] Texas
COUNTY OF [redacted] Travis

On 4-1-13 before me, Ruben Maltos a Notary Public in and for said County/City and State, personally appeared Dawn Bachman, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or entity upon behalf of which the person(s) acted executed the instrument.
WITNESS my hand and official seal.

[signature]
Notary Public

My Commission Expires: April 20, 2016

RUBEN MALTOS
Notary Public, State of Texas
My Commission Expires
April 20, 2016

Loan Officer Company NMLS #: [redacted]
Loan Officer NMLS #: 876,946
2008-2013 ReverseVision, Inc.
Page 1 of 1
Printed: 4/1/2013
AssignmentOfSecurityInstrument__RMUSA / 0078

**LEGAL DESCRIPTION**

**EXHIBIT "A"**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF DELAWARE, STATE OF Pennsylvania, AND IS DESCRIBED AS FOLLOWS:

ALL THAT CERTAIN TRACT OR PARCEL OF LAND, SITUATE TO THE TOWNSHIP OF UPPER DARBY, COUNTY OF DELAWARE AND THE COMMONWEALTH OF PENNSYLVANIA, BOUNDED AND DESCRIBED IN ACCORDANCE WITH A PLAN OF PROPERTY MADE FOR HOVET H. JOHNSON BY GILROY DAMON AND ASSOCIATES, INC., CIVIL ENGINEERS OF SHARON HILL, PENNSYLVANIA ON APRIL 11, 1973 AS FOLLOWS, TO WIT:-

BEGINNING AT A POINT ON THE SOUTHWESTERLY SIDE OF CONGRESS AVENUE (50 FEET WIDE) AT THE DISTANCE OF 300.40 FEET MEASURED SOUTHWESTERLY ALONG THE SAID SIDE OF CONGRESS AVENUE FROM THE SOUTHWESTERLY CORNER OF CONGRESS AVENUE EXTENDED AND THE TITLE LINE IN THE BED OF BARRETT ROAD (45 FEET WIDE).

CONTAINING IN FRONT OR BREADTH ON CONGRESS AVENUE MEASURED SOUTH 24 DEGREES 23 MINUTES 65 FEET AND EXTENDING OF THAT WIDTH TO LENGTH OR DEPTH BETWEEN PARALLEL LINES ON A COURSE OF 65 DEGREES 37 MINUTES WEST BEING AT RIGHT ANGLES TO SAID CONGRESS AVENUE, 100 FEET.

MORE COMMONLY KNOWN AS 346 CONGRESS AVENUE

Parcel ID [redacted]

Commonly known as 346 CONGRESS Avenue, Lansdowne, PA 19050
However, by showing this address no additional coverage is provided

**DO NOT DETACH**

[redacted]

**Instrument Number: 2023005900**
**Volume/Page:** RECORD BK 6889 PG 3612
**Recorded Date: 02/22/2023 9:52:40 AM**

**Robert A. Auclair, Esq.**
Delaware County Recorder of Deeds
Government Center, Room 107
201 W. Front Street
Media, PA 19063
610-891-4152

**Transaction Number:** 958757
**Collected By:** pontem
**Document Type:** ASSIGNMENTS
**Document Page Count:** : 3

**Return To (Simplifile):**
McCabe, Weisberg & Conway, P.C.
123 SOUTH BROAD STREET SUITE 1400
PHILADELPHIA, PA 19109

**Parcel ID:** [redacted]

| **Fees:** | |
|---|---|
| RECORDING FEES: | $37.50 |
| COUNTY IMPROVEMENT FUND: | $5.00 |
| JCS/ATJ FEE: | $40.25 |
| WRIT TAX: | $0.50 |
| **Total Fees:** | $83.25 |
| **Amount Paid:** | $83.25 |
| **Amount Due:** | $0.00 |

**Instrument Number:** 2023005900
**Volume/Page:** RECORD BK 6889 PG 3612
**Recorded Date:** 02/22/2023 9:52:40 AM

**OFFICIAL RECORDING COVER PAGE**

**DO NOT DETACH**

THIS PAGE IS NOW PART OF THIS RECORDED DOCUMENT
NOTE: If the document data differs from this cover sheet, please first check the document on our website to ensure it has been corrected. The document data always supersedes the cover page.
If an error on the cover page appears on our website after review please let our office know.
COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL INFORMATION.

McCabe Weisberg & Conway, LLC
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102

Record and Return To:
McCabe Weisberg & Conway, LLC
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Attn: Nikki Phan

## Assignment of Mortgage

For good and valuable consideration received, the undersigned holder of a mortgage, **FINANCE OF AMERICA REVERSE LLC F/K/A URBAN FINANCIAL OF AMERICA, LLC F/K/A URBAN FINANCIAL GROUP, INC., ITS SUCCESSORS AND ASSIGNS**, whose address is 8909 South Yale Avenue, Tulsa, Oklahoma 74137 , hereby grants, sells, assigns, transfers and conveys without warranties and without recourse, unto **WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR FINANCE OF AMERICA STRUCTURED SECURITIES ACQUISITION TRUST 2019-HB1**, whose address is 3900 Capital City Boulevard, Lansing, MI 48906, the mortgage dated March 25, 2013, executed by **HORTENSE C. TIPPETT, A SINGLE PERSON** securing the principal of $307,500.00, recorded on May 20, 2013, in Mortgage Book 5329, Page 316 in the Office of the Recorder of Deeds for Delaware County, Commonwealth of Pennsylvania, along with all rights accrued or to accrue under said Mortgage.

The property encumbered by the Mortgage is located in Delaware County, Commonwealth of Pennsylvania, known as and located at 346 Congress Avenue, Lansdowne, PA 19050, as described in the following legal description:

SEE ATTACHED LEGAL DESCRIPTION
Parcel No.[redacted]

Assignee certifies that the precise address of Wilmington Savings Fund Society, FSB, not individually but solely as Trustee for Finance of America Structured Securities Acquisition Trust 2019-HB1, is 3900 Capital City Boulevard, Lansing, MI 48906.

Attested by: ____________________

Name/Position: Desiree Scavo Assistant Secretary

TO HAVE AND TO HOLD, Assignee, its successors and assigns, subject only to the terms and conditions of the above-described Mortgage.

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on FEB 21 2023 __________, __________.

**Compu-Link Corporation d/b/a Celink, Attorney-in-Fact for Finance of America Reverse LLC f/k/a Urban Financial of America, LLC f/k/a Urban Financial Group, Inc., its successors and assigns**

Signature: ____________________

Name: Desiree Scavo

Title: Assistant Secretary

Date: FEB 21 2023

**FORM OF CORPORATE ACKNOWLEDGMENT**

State of TEXAS )
) SS:
County of TRAVIS )

On this ________ day of FEB 21 2023, 20____, before me the undersigned officer, personally appeared Desiree Scavo who acknowledged himself or herself to be the Assistant Secretary of Compu-Link Corporation d/b/a Celink, Attorney-in-Fact for Finance of America Reverse LLC f/k/a Urban Financial of America, LLC f/k/a Urban Financial Group, Inc., its successors and assigns, and that he or she as such Assistant Secretary, being authorized to do so, executed the foregoing instrument for the purposes therein contained by signing the name of the corporation by himself or herself as Assistant Secretary.

In witness whereof, I here unto set my hand and official seal.

NOTARY PUBLIC TIMOTHY TODD

NOTARY PUBLIC STATE OF TEXAS
TIMOTHY TODD
My Notary ID [redacted]
Expires September 22, 2025

Delaware County Recorder of Deeds Instrument # 2020059000 Page 4 of 4 02/22/2023 09:52:40 AM

# LEGAL DESCRIPTION
## EXHIBIT A

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF DELAWARE, STATE OF Pennsylvania, AND IS DESCRIBED AS FOLLOWS:

ALL THAT CERTAIN TRACT OR PARCEL OF LAND, SITUATE TO THE TOWNSHIP OF UPPER DARBY, COUNTY OF DELAWARE AND THE COMMONWEALTH OF PENNSYLVANIA, BOUNDED AND DESCRIBED IN ACCORDANCE WITH A PLAN OF PROPERTY MADE FOR HOVET H. JOHNSON BY GILROY DAMON AND ASSOCIATES, INC., CIVIL ENGINEERS OF SHARON HILL, PENNSYLVANIA ON APRIL 11, 1973 AS FOLLOWS, TO WIT:-

BEGINNING AT A POINT ON THE SOUTHWESTERLY SIDE OF CONGRESS AVENUE (50 FEET WIDE) AT THE DISTANCE OF 300.40 FEET MEASURED SOUTHWESTERLY ALONG THE SAID SIDE OF CONGRESS AVENUE FROM THE SOUTHWESTERLY CORNER OF CONGRESS AVENUE EXTENDED AND THE TITLE LINE IN THE BED OF BARRETT ROAD (45 FEET WIDE).

CONTAINING IN FRONT OR BREADTH ON CONGRESS AVENUE MEASURED SOUTH 24 DEGREES 23 MINUTES 65 FEET AND EXTENDING OF THAT WIDTH TO LENGTH OR DEPTH BETWEEN PARALLEL LINES ON A COURSE OF 65 DEGREES 37 MINUTES WEST BEING AT RIGHT ANGLES TO SAID CONGRESS AVENUE, 100 FEET.

MORE COMMONLY KNOWN AS 346 CONGRESS AVENUE

Parcel ID [redacted]

Commonly known as 346 CONGRESS Avenue, Lansdowne, PA 19050
However, by showing this address no additional coverage is provided