**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Hortense C. Tippett<br>Debtor(s)<br><br>Wilmington Savings Fund Society, FSB, not individually but solely as trustee for Finance of America, or its Successor or Assignee<br>Movant<br>vs.<br><br>Kenneth E. West, Trustee<br>Hortense C. Tippett<br>Respondent(s) | Chapter 13<br>Bankruptcy No. 24-11685-amc |

**ORDER**

AND NOW, this _____ day of _________________, 20___, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) be, and the same hereby is, MODIFIED to permit Wilmington Savings Fund Society, FSB, not individually but solely as trustee for Finance of America, or its Successor or Assignee, to foreclose its mortgage, and, without limitation, to exercise any other rights it has under the mortgage or with respect to the property located at: 346 Congress Avenue, Lansdowne, Pennsylvania 19050, such actions may include but are not limited to selling the property at Sheriff's Sale, entering into a loan modification or signing a deed in lieu of foreclosure, and it is further,

ORDERED that Movant shall be permitted to communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law.

Upon execution and entry of this Order, the requirements specified in Federal Rule of Bankruptcy Procedure 3002.1 (a) B (i) are hereby waived, or made inapplicable in their entirety, during the pendency of the within bankruptcy case absent further Order of this Court.

______________________________
Ashely M. Chan
United States Bankruptcy Judge

cc.:
Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, Pennsylvania 19106

Andrew M. Lubin, Esquire
McCabe, Weisberg & Conway, LLC
1420 Walnut Street, Suite 1105
Philadelphia, PA 19102

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, Pennsylvania 19102

Hortense C. Tippett
346 Congress Avenue
Lansdowne, Pennsylvania 19050

U.S. Trustee
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, Pennsylvania 19107

Talmadge Tippett
41 E. Tulpehocken Street
Philadelphia, PA 19144-2027