**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Hortense C. Tippett<br>Debtor<br><br>Wilmington Savings Fund Society, FSB, not individually but solely as trustee for Finance of America, or its Successor or Assignee<br>Movant<br>vs.<br><br>Kenneth E. West, Trustee<br>Hortense C. Tippett<br>Respondents | Chapter 13<br>Bankruptcy No. 24-11685-amc<br><br><br>Ref. No. 93 |

**CERTIFICATION OF NO OBJECTION TO MOTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR FINANCE OF AMERICA OR ITS SUCCESSOR OR ASSIGNEE FOR RELIEF FROM THE AUTOMATIC STAY**

I, Andrew M. Lubin, Esquire, Counsel for Wilmington Savings Fund Society, FSB, not individually but solely as trustee for Finance of America or its Successor or Assignee, hereby certify that no answer has been served or filed to the Motion for Relief of Wilmington Savings Fund Society, FSB, not individually but solely as trustee for Finance of America or its Successor or Assignee and that a Default Order may be entered granting relief from the Automatic Stay.

/s/ Andrew M. Lubin, Esquire
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
SAMANTHA GABLE, ESQUIRE ID #320695
Attorney for Wilmington Savings Fund Society, FSB, not individually but solely as trustee for Finance of America
1420 Walnut Street, Suite 1105
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mccabeesq.com