**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF EASTERN PENNSYLVANIA**

| | |
|---|---|
| In re: Hortense C. Tippett<br>Debtor<br><br>Wilmington Savings Fund Society, FSB, not individually but solely as trustee for Finance of America, or its Successor or Assignee<br>Movant<br>vs.<br><br>Kenneth E. West, Trustee<br>Hortense C. Tippett<br>Respondents | Chapter 13<br>Bankruptcy No. 24-11685-amc<br><br>Ref. No. 93 |

**CERTIFICATE OF SERVICE**

I, Andrew M. Lubin, Esquire, hereby certify that service upon all interested parties, indicated below, was made by sending true and correct copies of the Certificate of No Objection to Wilmington Savings Fund Society, FSB, not individually but solely as trustee for Finance of America or its Successor or Assignee's Motion For Relief and Proposed Order by first class mail, and/or electronic means.

Date Served: 22nd day of October, 2026

Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Hortense C. Tippett
346 Congress Avenue
Lansdowne, PA 19050

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

/s/ Andrew M. Lubin, Esquire
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
SAMANTHA GABLE, ESQUIRE ID #320695
Attorney for Wilmington Savings Fund Society, FSB, not individually but solely as trustee for Finance of America
1420 Walnut Street, Suite 1105
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mccabeesq.com